Gina Fazio, Esq. #225178
Law Offices of Jeffrey Milam
P.O. Box 26360
Fresno, California 93729
(559) 264-2800

Attorney for Plaintiff

IN THE UNITED STATES DISTRICT COURT FOR

THE EASTERN DISTRICT OF CALIFORNIA

AT FRESNO

| | |
|---|---|
| FRANCES COX      ) | |
| ) | 1:05-cv-01265 REC SMS |
| ) | |
| Plaintiff,    ) | STIPULATION AND ORDER |
| ) | |
| vs.                       ) | |
| ) | |
| JO ANNE B. BARNHART, ) | |
| Commissioner of Social  ) | |
| Security,                 ) | |
| ) | |
| Defendant.    ) | |
| _____) | |

    IT IS HEREBY STIPULATED by and between the parties as follows: that appellant be granted a 30 day extension of time, until May 30, 2006, in which to serve Plaintiff's Confidential brief.  All remaining actions under the scheduling order filed, October 5, 2005, shall proceed under the time limit guidelines set therein.
/ /
/ /
/ /
/ /
/ /
/ /
/ /

Dated:  May 1, 2006                              /s/ Gina Fazio

                                                                           GINA FAZIO,
                                                                           Attorney for Plaintiff.

Dated:  May 1, 2006

                                                                           MCGREGOR SCOTT
                                                                           United States Attorney

                                                                           By: /s/ Kristi C. Kapetan
                                                                           (as authorized via facsimile)

                                                    KRISTI C. KAPETAN
                                                    Assistant U.S. Attorney

    IT IS SO ORDERED.

Dated:  5/23/2006

                                                   /s/ Sandra M. Snyder
                                                  SANDRA M. SNYDER
                                                  United States Magistrate Judge