Gina Fazio, Esq. #225178
Law Offices of Jeffrey Milam
P.O. Box 26360
Fresno, California 93729
(559) 264-2800

Attorney for Plaintiff

IN THE UNITED STATES DISTRICT COURT FOR

THE EASTERN DISTRICT OF CALIFORNIA

AT FRESNO

| | |
|---|---|
| FRANCES COX, | 1:05-cv-01265 REC SMS |
| Plaintiff, | STIPULATION AND ORDER |
| vs. | |
| JO ANNE B. BARNHART, Commissioner of Social Security, | |
| Defendant. | |

IT IS HEREBY STIPULATED by and between the parties as follows: that appellant be granted an additional 30 day extension of time, until June 29, 2006, in which to serve Plaintiff's Confidential brief. All remaining actions under the scheduling order filed, October 5, 2005, shall proceed under the time limit guidelines set therein.

/ /

/ /

/ /

/ /

/ /

/ /

/ /

| | | |
|---|---|---|
| 1 | Dated:  May 30, 2006 | /s/ Gina Fazio |
| 2 | | GINA FAZIO,<br>Attorney for Plaintiff. |
| 3 | Dated: May 31, 2006 | |
| 4 | | MCGREGOR SCOTT<br>United States Attorney |
| 5 | | |
| 6 | | By: /s/ Kristi C. Kapetan<br>(as authorized via facsimile)<br>KRISTI C. KAPETAN |
| 7 | | Assistant U.S. Attorney |
| 8 | IT IS SO ORDERED. | |
| 9 | Dated:  6/5/2006 | /s/ Sandra M. Snyder |
| 10 | | SANDRA M. SNYDER<br>United States Magistrate Judge |