1 | Gina Fazio, Esq. #225178
  | Law Offices of Jeffrey Milam
2 | P.O. Box 26360
  | Fresno, California 93729
3 | (559) 264-2800

4 | Attorney for Plaintiff

IN THE UNITED STATES DISTRICT COURT FOR

THE EASTERN DISTRICT OF CALIFORNIA

AT FRESNO

| FRANCES COX, | ) |
|---|---|
| | ) 1:05-CV-01265 OWW- SMS |
| Plaintiff, | ) STIPULATION AND ORDER |
| vs. | ) |
| JO ANNE B. BARNHART, Commissioner of Social Security, | ) |
| Defendant. | ) |

IT IS HEREBY STIPULATED by and between the parties as follows: that appellant be granted an additional 60 day extension of time, until August 28, 2006, in which to serve Plaintiff's Confidential brief.  All remaining actions under the scheduling order filed, October 5, 2005, shall proceed under the time limit guidelines set therein.

/ /

/ /

/ /

/ /

/ /

/ /

/ /

```
1   Dated: June 29, 2006              /s/ Gina Fazio

2                                     GINA FAZIO,
                                      Attorney for Plaintiff.
3
    Dated: June 30, 2006
4                                     MCGREGOR SCOTT
                                      United States Attorney
5
                                      By: /s/ Kristi C. Kapetan
6                                     (as authorized via facsimile)
                                      KRISTI C. KAPETAN
7                                     Assistant U.S. Attorney

8           IT IS SO ORDERED.

9   Dated:  6/30/2006

                                       /s/ Sandra M. Snyder
10                                    SANDRA M. SNYDER
                                      United States Magistrate Judge
```