1  Gina Fazio, Esq. #225178
   Law Offices of Jeffrey Milam
2  P.O. Box 26360
   Fresno, California 93729
3  (559) 264-2800

4  Attorney for Plaintiff

IN THE UNITED STATES DISTRICT COURT FOR

THE EASTERN DISTRICT OF CALIFORNIA

AT FRESNO

| FRANCES COX, | ) | |
|---|---|---|
| | ) | 1:05-CV-1265 OWW SMS |
| Plaintiff, | ) | |
| | ) | STIPULATION AND ORDER TO DISMISS |
| vs. | ) | |
| | ) | |
| JO ANNE B. BARNHART, Commissioner of Social Security, | ) ) ) | |
| | ) | |
| Defendant. | ) | |

IT IS HEREBY STIPULATED by and between the parties as follows: that the Civil Action filed on October 3, 2005, on behalf of Plaintiff be dismissed. After thorough review of the transcript, Plaintiff's counsel comes to the conclusion this claim lacks merit to continue. Plaintiff's counsel has conferred with Plaintiff and both are in agreement to dismissal.

Dated: October 23, 2006         /s/ Gina Fazio

                                GINA FAZIO, ESQ.
                                Attorney for Plaintiff

1 | Dated: October 23, 2006

MCGREGOR SCOTT
United States Attorney

By: /s/ Kristi C. Kapetan
(as authorized via facsimile)
KRISTI C. KAPETAN
Assistant U.S. Attorney

IT IS SO ORDERED.

**Dated:   October 23, 2006**                         /s/ Sandra M. Snyder
icido3                                                UNITED STATES MAGISTRATE JUDGE